SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Dushan Stephan Nickolich, II,** Plaintiff -vs- **Dora B. Schriro, et al.,** Defendant(s) | CV-05-2364-PHX-SMM (JI) **WITHDRAWAL OF REFERENCE** |

It appearing to the court that the Plaintiff's Motion for Reconsideration (Objection), filed August 16, 2006 (#38) is now ready for the court's consideration,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Plaintiff's Motion for Reconsideration (Objection), filed August 16, 2006 (#38).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 25th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge

- 1 -