SRM

WO                                                                                                              **WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Dushan Stephan Nickolich, II,** Plaintiff  -vs- **Dora B. Schriro, et al.,** Defendant(s) | CV-05-2364-PHX-SMM (JI)  **WITHDRAWAL OF REFERENCE** |

It appearing to the court that the Plaintiff's Motion for Temporary Injunction re Transfer, filed January 19, 2007 (#73) is now ready for the court's consideration,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Plaintiff's Motion for Temporary Injunction re Transfer, filed January 19, 2007 (#73).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 10th day of February, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge