**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dushan Stephan Nickolich, II, | ) | No. CV-05-2364-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Dora Schriro, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Having considered Defendants' First Motion for Enlargement of the Dispositive Motion Deadline under Fed. R. Civ. P. Rule 6(b) and good cause appearing,

**IT IS HEREBY ORDERED** GRANTING Defendants' Motion for Enlargement of the Dispositive Motion Deadline.

**IT IS FURTHER ORDERED** that the dispositive motion deadline of **April 30, 2007** and the time to respond to any such motion, is enlarged until **June 29, 2007.** As such, all motions, responses, and replies thereto shall be filed no later than **June 29, 2007.**

DATED this 26th day of April, 2007.

Stephen M. McNamee
United States District Judge