1    **WO**

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF ARIZONA**
7

8    **Dushan Stephan Nickolich, II,**          CV-05-2364-PHX-SMM (JI)
                  Plaintiff
9                    -vs-
     **Dora B. Schriro, et al.,**               **WITHDRAWAL OF REFERENCE**
                Defendant(s)
10

11        It appearing to the court that the Defendants' Motion for Summary Judgment, filed

12   September 12, 2007 (Doc. #112) is now ready for the court's consideration,

13        **IT IS THEREFORE ORDERED** that the reference of this case to the magistrate

14   judge is withdrawn as to Defendants' Motion for Summary Judgment, filed September 12,

15   2007 (Doc. #112).

16        All other matters in this action shall remain with the magistrate judge for disposition

17   as appropriate.

18        DATED this 28th day of November, 2007.

19

20

21   _____

22                    Stephen M. McNamee
                    United States District Judge
23

24

25

26

- 1 -